# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MIGDALIA ALVARADO,**

    Petitioner,

**vs.**                                                      **4:08cv465-SPM/WCS**

**WARDEN AUGUSTINE,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging a disciplinary report which resulted in loss of good time credit. Doc. 1. Additional time for filing a response was granted, and Respondent ultimately filed a motion to dismiss the petition as the parties had resolved the issues. Doc. 13. The court deferred ruling on the motion, finding it unclear whether official action had yet been taken, and directing Respondent to file a notice with supporting documentation. Doc. 14. Respondent filed a notice to the court with supporting documentation, doc. 15, and it now appears that the § 2241 petition is moot. Doc. 15.

Accordingly, it is **RECOMMENDED** that Respondent's motion to dismiss, doc. 13, as supplemented by doc. 15, be **GRANTED**, and this case be summarily **DISMISSED** without prejudice as **MOOT**.

**IN CHAMBERS** at Tallahassee, Florida, on June 2, 2009.


s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**