IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIGDALIA ALVARADO,

    Petitioner

vs.                                    CASE NO.: 4:08-cv-465-SPM-WCS

WARDEN AUGUSTINE,

    Respondent
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 16).  Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 16) is *adopted* and incorporated by reference in this order.

2. Respondent's Motion to Dismiss (doc. 13) is hereby *granted*.

3. Petitioner's § 2241 petition is *dismissed without prejudice*.

DONE AND ORDERED this sixth day of July, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge